UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO-THERESA ELIAS-JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 21-cv-02937-PJH<br><br>**ORDER DIRECTING THE PARTIES TO FILE STIPULATED PROTECTIVE ORDER REDLINE**<br><br>Re: Dkt. No. 28 |

    The court is in receipt of the parties' proposed stipulated protective order.  This district maintains a model stipulated protective order.[1]  The court **ORDERS** the parties to file a redline comparison of their proposed order against the model order.  The subject redline must clearly show all tracked changes from the model order.  The parties must file the redline within **seven days** of this order.

    Additionally, unless already provided, the parties must also send a Microsoft Word version of their proposed order to pjhpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: June 14, 2022

                                                /s/ Phyllis J. Hamilton
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

---

[1] https://www.cand.uscourts.gov/forms/model-protective-orders/