UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO-THERESA ELIAS-JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 21-cv-02937-PJH<br><br>**ORDER TERMINATING STIPULATION**<br><br>Re: Dkt. No. 28 |

Before the court is a stipulation with proposed order governing protected information in the course of this lawsuit. The parties' submission did not comply with the court's standing order. The parties ignored the court's order reminding them of the standing order and instructing them to file a redline comparison of the proposed order against the Northern District's model protective order. Dkt. 29. Therefore, the stipulation with proposed order is hereby TERMINATED. If the parties desire a protective order endorsed by the court, they must comply with the standing order.[1]

**IT IS SO ORDERED.**

Dated: July 6, 2022

　　　　　　　　　　　　　　　　　　*/s/ Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] See https://www.cand.uscourts.gov/wp-content/uploads/judges/hamilton-pjh/PJH_Standing_Order_re_Discovery_Disputes_-Protective-Orders_-and_ESI_Orders.pdf