Angela M. Alioto (SBN 130328)
Steven L. Robinson (SBN 116146)
Angela Veronese (SBN 269942)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, California 94111-2104
Telephone:  (415) 434 8700
Facsimile:  (415) 438-4638
Email: srobinson@aliotolawoffice.com
          amv@aliotolawoffice.com

Attorneys for Plaintiff
JO-THERESA ELIAS- JACKSON

Gina M. Roccanova  (SBN 201594)
Conor J. Dale  (SBN 274123)
Jessica Schafer  (SBN 297856)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:     (415) 394-9400
Facsimile:     (415) 394-9401
E-mail:  gina.roccanova@jacksonlewis.com
           conor.dale@jacksonlewis.com
           jessica.schafer@jacksonlewis.com

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO-THERESA ELIAS- JACKSON<br>          Plaintiff,<br><br>     v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br><br>          Defendant. | Case No.  4:21-cv-02937-PJH<br><br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CP. 41 (a)(1)(A)(ii) AND ORDER |

- 1 -

Pursuant to F.R.C.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved.

Dated:   April 14, 2023                           LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALIOTO

By:    /s/ Angela M. Veronese
Angela M. Alioto
Angela M. Veronese
Attorney for Plaintiff
JO-THERESA ELIAS-JACKSON

Dated:   April 14, 2023                           JACKSON LEWIS P.C.

By:    /s/Conor J. Dale
Gina M. Roccanova
Conor J. Dale
Jessica Schafer
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

Date:   April 18, 2023                            /s/Conor J. Dale

## ORDER

The Court, upon consideration of the parties' Joint Stipulation and [Proposed] Order to dismiss, grants the parties' request and dismisses the action with prejudice, all parties to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 18, 2023



_____
Hon.
United States District Judge

4882-8169-7118, v. 1